**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| PCC AIRFOILS, LLC, | ) | CASE NO. CV: 1:25-CV-00917 |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) | |
| | ) | **PARTIES' SECOND JOINT STATUS** |
| | ) | **REPORT** |
| JUSTIN DAUGHERTY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's February 2, 2026 Docket Order, the Parties submit the following Second Joint Status Report:

1. **Status of discovery**: The parties will be producing written responses to discovery requests and begin production of documents in the next two weeks. In advance of those responses, counsel have engaged in several meet-and-confer calls regarding the scope of certain aspects of discovery. Notably, counsel for PCC and CPP have been negotiating as to the production of certain Standard Operating Procedures (SOPs) relating to the production of Industrial Gas Turbine (IGT) blades.  The parties are progressing towards a resolution on that subject and will inform the Court if they reach an impasse. Subject to each party's receipt and review of their respective written discovery requests, PCC anticipates that it will take the fact deposition of Daugherty, a 30(b)(6) corporate representative of CPP, and one or more of Daugherty's direct reports at CPP.  Defendants anticipate that they will take the fact deposition of a 30(b)(6) corporate representative of PCC. The parties also anticipate expert discovery and depositions following the end of fact discovery.

1

FP 62130500.2

2. **Status of settlement discussions**: There have been no significant settlement discussions, and the parties do not believe further discussions would be fruitful at this time.

3. **Whether discovery has progressed to the point that a mediator or other neutral would facilitate a resolution**: Not at this time, see above.

4. **Any ongoing or anticipated discovery issues or challenges**: Not at this time, subject to counsel's continued meeting and conferring.

Respectfully submitted,

/s/ Michael P. Elkon (with express permission)
Michael P. Elkon
Nicole B. Holtzapple
**FISHER & PHILLIPS LLP**
1230 Peachtree Street, NE – Suite 3300
Atlanta, Georgia 30309
Tel: (404) 231-1400 / Fax: (404) 240-4249
melkon@fisherphillips.com
nholtzapple@fisherphillips.com

*Attorneys for Plaintiff*

2

FP 62130500.2

/s/ James M. Drozdowski (with express permission)
James M. Drozdowski (0065215)
Nancy Oliver (0071142)
Joseph A. Nero (0095392)
**KAUFMAN, DROZDOWSKI & GRENDELL, LLC**
29525 Chagrin Boulevard, Suite 250
Pepper Pike, Ohio 44122
Tel: (440) 462-6216 / Fax: (440) 462-6504
jimd@kdglegal.com, nao@kdglegal.com
jn@kdglegal.com

*Attorneys for Defendant Justin Daugherty*

/s/ Phil Eckenrode
W. Eric Baisden (0055763)
Phil Eckenrode (0084187)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Tele: (216) 363-4500 / Fax: (216).363-4588
ebaisden@beneschlaw.com
peckenrode@beneschlaw.com

*Attorneys for Defendant Consolidated Precision Products Corp.*

## CERTIFICATE OF SERVICE

On this 2nd day of March 2026, the foregoing Parties' Joint Status Report was served upon all counsel of record by way of the Court's electronic filing system.

/s/ Phil Eckenrode
Phil Eckenrode

*One of the attorneys for Defendant Consolidated Precision Products Corp.*

3

FP 62130500.2