## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 25-3794

_____

Filed: June 10, 2026

PCC AIRFOILS, LLC

     Plaintiff - Appellant

v.

JUSTIN DAUGHERTY; CONSOLIDATED PRECISION PRODUCTS CORP.

     Defendants - Appellees

1:25-cv-00917-BMB

MANDATE

    Pursuant to the court's disposition that was filed 05/19/2026 the mandate for this case hereby issues today.    Reversed and Remanded.

 COSTS:  None